# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             Case No. 05-CR-240

TIMOTHY VALLEJO, et al,

    Defendants.

## ORDER

In accordance with the Discovery Coordinating Committee's plan, Magistrate Judge Aaron Goodstein ordered the defendants to file all non-evidentiary motions by August 31, 2006. The court has been recently informed that the government may seek a superseding indictment in this case. A superseding indictment may substantially alter the nature of the defendants' non-evidentiary motions, and, therefore, the August 31, 2006, deadline for non-evidentiary motions is removed.

The December 8, 2006, deadline for all defendants to file motions seeking evidentiary hearings and the December 22, 2006, deadline for the government to respond shall remain in effect and are unaffected by this order.

The court further orders that any superseding indictment in this case shall be returned no later than October 2, 2006. Promptly after October 2, 2006, Magistrate Judge Goodstein shall set a new deadline and briefing schedule for all non-evidentiary motions. In order to ensure that

this complex case progresses towards an expeditious resolution, no superseding indictments in this case shall be filed after the October 2, 2006, deadline.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 29th day of August, 2006.

**BY THE COURT:**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**